# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK SR., | ) Case No.: 1:19-cv-01096 DAD JLT |
| Plaintiff, | ) |
| v. | ) ORDER TO THE PLAINTIFF TO SHOW CAUSE<br>) WHY SANCTIONS SHOULD NOT BE IMPOSED<br>) FOR THE FAILURE TO COMPLY WITH THE |
| JW WORLD ENTERPRISES, INC. BEST<br>WESTERN BAKERSFIELD NORTH., | ) COURT'S ORDERS AND TO PROSECUTE THIS<br>) ACTION<br>) |
| Defendant. | ) |

On August 12, 2019, the plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act. (Doc. 1) The Court issued the summons on August 15, 2019 (Doc. 3) and its order setting the mandatory scheduling conference to occur on November 1, 2019 (Doc. 4). The plaintiff served the summons on September 6, 2019, but the defendant has not filed a responsive pleading and the plaintiff has not sought default. Likewise, despite that the mandatory joint scheduling conference report is due on November 5, 2019 (Doc. 4 at 2), the parties have not yet filed it. Therefore, the Court **ORDERS**,

1. **No later than November 15, 2019**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal should not be imposed for the failure to prosecute this action and comply with the Court's orders. Alternatively, he may seek default;

2. The scheduling conference is **CONTINUED** to **December 11, 2019** at 9:00 a.m.

///

1

**The plaintiff is advised that the failure to comply will result in sanctions as set forth above.**

IT IS SO ORDERED.

    Dated: __**November 5, 2019**__            ___**/s/ Jennifer L. Thurston**___
                                                              UNITED STATES MAGISTRATE JUDGE