# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> JW WORLD ENTERPRISES, INC. BEST WESTERN BAKERSFIELD NORTH, <br><br> Defendant. | Case No.: 1:19-cv-01096 DAD JLT <br><br> ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE FOR THE MANDATORY SCHEDULING CONFERENCE <br><br> (Doc. 8) |

On November 8, 2019, Plaintiff filed a motion to appear by telephone for the mandatory scheduling conference set for November 12, 2012. (Doc. 9) However, the Court continued the conference and ordered the parties to show cause why sanctions should not be imposed for their failure to comply with the court's orders and the plaintiff's failure to prosecute this action. (Doc. 7) Accordingly, Plaintiffs' motion to appear by telephone is denied as **MOOT**.

IT IS SO ORDERED.

Dated:  **November 12, 2019**        **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE