# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | Case No.: 1:19-cv-01096-DAD-JLT |
| Plaintiff, | ORDER DENYING APPLICATION FOR ENTRY OF DEFAULT |
| v. | |
| JW WORLD ENTERPRISES, INC. BEST WESTERN BAKERSFIELD NORTH, | (Doc. 10) |
| Defendant. | |

On August 12, 2019, the Plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act. (Doc. 1.) The Court issued the summons on August 15, 2019 (Doc. 4) and its order setting the mandatory scheduling conference to occur on November 12, 2019 (Doc. 3). However, the parties failed to timely file the mandatory joint scheduling conference report. The Court continued the scheduling conference and ordered Plaintiff to show cause why sanctions, up to and including dismissal should not be imposed for the failure to prosecute this action and comply with the Court's orders. (Doc. 7.) In response, on November 12, 2019, Plaintiff filed an application for entry of default. (Doc. 10.)

On September 13, 2019, the Court received an executed proof of service indicating that Defendant JW World[1] Enterprises, Inc. Best Western Bakersfield North had been served on September

---

[1] The proof of service contained a typographical error as to the corporation's name, but the Court finds this is an immaterial mistake.

1

6, 2019, by leaving documents with "Mary Soto – Front Desk Clerk." (Doc. 6 at 1.) The proof of service admits that Gurpreet S. Sachdav is designated by law to accept service of process on behalf of JW World Enterprises, Inc. Best Western Bakersfield North. (Id.) Therefore, the service was not effective (Cal. Corp. Code § 416.10). Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's application for entry of default (Doc. 10) is **DENIED**; and
2. **No later than December 5, 2019**, the Plaintiff **SHALL** file a proof of service reflecting service made according to the requirements of law or a voluntary dismissal as to the entire action.

**The Plaintiff is advised that the failure to comply will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated: **November 21, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE