**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PETER STROJNIK, SR., | ) | Case No.: 1:19-cv-01096-DAD-JLT |
| Plaintiff, | ) ) | ORDER TO THE PLAINTIFF TO SHOW CAUSE |
| v. | ) ) | WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| JW WORLD ENTERPRISES, INC. BEST WESTERN BAKERSFIELD NORTH, Defendant. | ) ) ) ) | |

The Clerk granted the plaintiff's request for entry of default on March 12, 2020 (Docs. 17, 18) Since that time, the plaintiff has taken no action to seek default judgment or to prosecute this case otherwise. Thus, the Court **ORDERS**:

1. **Within 21 days**, the plaintiff **SHALL** show cause why the action should not be dismissed due to his failure to prosecute the action and comply with the Court's orders. Alternatively, he may file his motion for default judgment. Failure to comply will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: __November 2, 2020__        ____/s/ Jennifer L. Thurston____
                                  UNITED STATES MAGISTRATE JUDGE