1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  PETER STROJNIK, SR.,                    ) Case No.: 1:19-cv-01096 DAD JLT
                                            )
12                Plaintiff,                ) ORDER DISCHARGING THE ORDER TO SHOW
                                            ) CAUSE DATED NOVEMBER 2, 2020
13        v.                                ) (Doc. 19)
                                            )
14  JW WORLD ENTERPRISES, INC. BEST         )
    WESTERN BAKERSFIELD NORTH,              )
15                                          )
                  Defendant.                )
16  _____)

17        On November 2, 2020, the Court ordered Plaintiff to show cause in writing why the action

18  should not be dismissed for failure to prosecute.  (Doc. 19 at 1) Alternatively, the Court directed

19  Plaintiff to file a motion for default judgment.  (*Id.*)  Plaintiff timely filed a motion for default

20  judgment, which is now pending before the Court.  (Doc. 20) Accordingly, the order to show cause

21  dated November 2, 2020 (Doc. 19) is **DISCHARGED**.

22

23  IT IS SO ORDERED.

24    Dated:   __**December 22, 2020**__          _____**/s/ Jennifer L. Thurston**_____

25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    1