UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JW WORLD ENTERPRISES, INC. BEST WESTERN BAKERSFIELD NORTH,<br><br>Defendant. | No. 1:19-cv-01096-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 20, 22) |

    Plaintiff Peter Strojnik, Sr., filed this suit against defendant JW World Enterprises, Inc. Best Western Bakersfield North on August 12, 2019, alleging violations of the Americans with Disabilities Act. (Doc. No. 1.) On September 9, 2019, defendant was served with the summons and complaint, and the executed summons was filed with the court on December 23, 2019. (Doc. Nos. 13, 14.) Defendant did not file an answer, responsive pleading, or otherwise appear in this action. On February 21, 2021, plaintiff filed a request for entry of default against defendant (Doc. No. 17), and default was entered by the Clerk of Court against defendant (Doc. No. 18). On November 16, 2020, plaintiff filed a motion for default judgment. (Doc. No. 20.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

    On January 4, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 22.) The

1

| | |
|---|---|
| 1 | findings and recommendations provided that any objections thereto were to be filed within |
| 2 | fourteen (14) days. (*Id.* at 13.) To date, no objections have been filed and the time for doing so |
| 3 | has since expired. |
| 4 | Accordingly: |
| 5 | 1. The findings and recommendations issued on January 4, 2021 (Doc. No. 22) are |
| 6 | adopted in full; |
| 7 | 2. Plaintiff's motion for default judgment against defendant JW World Enterprises, |
| 8 | Inc. Best Western Bakersfield North (Doc. No. 20) is granted; |
| 9 | a. Plaintiff is awarded the statutory damages in the amount of $4,000.00; |
| 10 | b. Plaintiff is awarded costs in the amount of $469.00; and |
| 11 | c. Plaintiff's request for injunctive relief is granted as follows: |
| 12 | i. Defendant is required to provide compliant accessible parking |
| 13 | spaces and accessible path of travel at the property located at 2620 |
| 14 | Buck Own Blvd., Bakersfield, CA, 93308 in accordance with the |
| 15 | Americans with Disabilities Act of 1990 and the Americans with |
| 16 | Disabilities Act Accessibility Guidelines; and |
| 17 | 3. The Clerk of the Court is directed to close this case. |

IT IS SO ORDERED.

Dated:  **June 2, 2021**

_____
UNITED STATES DISTRICT JUDGE